```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00584
   RALPH L THOMAS
   MONICA CASTILLO THOMAS                       CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8735     SSN XXX-XX-5718

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/07/2005 and was confirmed 03/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.00%.

     The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED NOT I       .00              .00             .00
AMERICAN GENERAL FINANCE  UNSECURED         3543.71            .00          114.63
HSBC AUTO FINANCE         SECURED          10400.00        1265.19        10400.00
HSBC AUTO FINANCE         UNSECURED         6694.53            .00          216.54
AMERICAN GENERAL FINANCE  UNSECURED         4093.59            .00          132.41
ASPIRE                    UNSECURED          712.77            .00           17.12
ASPIRE                    UNSECURED          762.78            .00           15.36
CHECK INTO CASH INC       UNSECURED          216.00            .00             .00
DIRECT TV                 UNSECURED        NOT FILED           .00             .00
PREMIER BANCARD CHARTER   UNSECURED          342.77            .00             .00
GRAND DENTAL ASSOCIATES   UNSECURED          158.54            .00             .00
GREAT MEALS IN UNDER 30   UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED          601.57            .00           19.46
ICON HEALTH & FITNESS IN  UNSECURED        NOT FILED           .00             .00
INSTANT CASH ADVANCE      UNSECURED        NOT FILED           .00             .00
LINCOLN PARK HOSPITAL     UNSECURED        NOT FILED           .00             .00
MERRICK BANK              UNSECURED         1091.59            .00           35.32
NATIONWIDE ACCEPTANCE~    UNSECURED         1123.42            .00           36.34
AT & T BANKRUPCTY         UNSECURED         1494.70            .00           35.79
SBC                       NOTICE ONLY      NOT FILED           .00             .00
SEVENTH AVENUE            UNSECURED          401.76            .00             .00
SHERIDAN CARDIAC CONSULT  UNSECURED        NOT FILED           .00             .00
SOUTH SHORE HOSPITAL      UNSECURED        NOT FILED           .00             .00
ST JOSEPH HOSPITAL        UNSECURED        NOT FILED           .00             .00
WOMENS LAKE SHORE MED CO  UNSECURED        NOT FILED           .00             .00
TCF NATIONAL BANK         UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED        39221.91            .00         1268.71
PREMIER BANCARD CHARTER   UNSECURED          219.94            .00             .00
JOSEPH WROBEL             DEBTOR ATTY      1,994.00                       1,994.00
TOM VAUGHN                TRUSTEE                                           875.84
DEBTOR REFUND             REFUND                                             77.29


                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 00584 RALPH L THOMAS & MONICA CASTILLO THOMAS
```

Summary of Receipts and Disbursements:

---

|                       | RECEIPTS   | DISBURSEMENTS |
|-----------------------|------------|---------------|
| TRUSTEE               | 16,504.00  |               |
| PRIORITY              |            | .00           |
| SECURED               |            | 10,400.00     |
| INTEREST              |            | 1,265.19      |
| UNSECURED             |            | 1,891.68      |
| ADMINISTRATIVE        |            | 1,994.00      |
| TRUSTEE COMPENSATION  |            | 875.84        |
| DEBTOR REFUND         |            | 77.29         |
| TOTALS                | 16,504.00  | 16,504.00     |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE